NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7007

DIXON H. ISAAC,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims
in 06-1608, Judge Alan G. Lance, Sr.

ON MOTION

Before MOORE, Circuit Judge.

ORDER

Upon consideration of Dixon H. Isaac's unopposed motion for a 45-day extension of time, until April 20, 2009, to file his reply brief,

IT IS ORDERED THAT:

The motion is granted. Further extensions should not be anticipated.

FOR THE COURT

MAR 1 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
    Allison Kidd-Miller, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 9 2009

JAN HORBALY
CLERK